IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:09-1125-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Jocelyn Egleton, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's letter requesting termination of probation. ECF No. 44. The United States Probation Office has notified this court by letter that it opposes the request at this time; the United States Attorney concurs with the position of the Probation Office.

Title 18 United States Code Section 3564(c) provides that

> The court, after considering the factors set forth in section 3553(a) to the extent they are applicable, may . . . terminate a term of probation previously ordered and discharge the defendant at any time . . . after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Considerations contained in § 3553 include, *inter alia*, the nature and circumstances of the offense and the history and characteristics of the defendant; the ability to afford adequate deterrence to criminal conduct; the need to protect the public from further crimes of the defendant; and the need to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553.

Defendant owes a significant amount of restitution. While she is now current on her payments, she has been inconsistent in her payments, having to be repeatedly reminded to make payments by the United States Probation Office. Accordingly, the court **denies** Defendant's request for termination of probation.

1

It appears Defendant may be in the process of moving to Guam. The court directs that Defendant's supervision be transferred to Guam for continued supervision of her probation.

**IT IS SO ORDERED.**

                                          s/ Cameron McGowan Currie
                                          CAMERON McGOWAN CURRIE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 27, 2014